HARTFORD FEDERAL SAVINGS AND LOAN ASSOCIATION
*v.* STANLEY TUCKER ET AL.
(7387)
(7388)
(7389)
(7390)

SPALLONE, O'CONNELL and FOTI, Js.

Submitted on briefs October 4—decision released October 26, 1989

*Stanley V. Tucker,* pro se, the appellant (defendant).

*Mark Rosenbaum* and *Robert B. Basine,* with whom, on the brief, was *F. Gina Gelb,* for the appellee (plaintiff Frances Gionfrido).

PER CURIAM. These appeals came before this court where the named defendant, Stanley Tucker, failed to appear for oral argument.

Because of Tucker's failure to appear, and with the acquiescence of other counsel in attendance, we will decide this case on the record and briefs.

Our review of same and of those issues properly before us reveals that the named defendant's claims of error are without merit.

Accordingly, as to each appeal:

There is no error.